AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No.  4:20-cv-2905 |
| LIONEL GARCIA ROMERO | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lionel Garcia Romero
718 Saint Edwards Green
Houston, TX  77015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark D. Cronenwett and Samin Hessami
14160 North Dallas Parkqy, Suite 900
Dallas, TX 75254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

Date: August 19, 2020



s/ Joseph Wells

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   4:20-cv-2905

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT PROOF / ATTACHED

# AFFIDAVIT OF SERVICE

**State of Texas**                **County of SOUTHERN**                **United States District Court**

Case Number: 4:20-CV-02905

Plaintiff:
**WELLS FARGO BANK, N.A.**

VS.

Defendant:
**LIONEL GARCIA ROMERO**

Received these papers on the 20th day of August, 2020 at 1:48 pm to be served on **LIONEL GARCIA ROMERO, 718 SAINT EDWARDS GREEN, HOUSTON, HARRIS COUNTY, TX 77015.**

I, **KELI BALTAZAR**, being duly sworn, depose and say that on the **25th day of August, 2020 at 5:57 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT WITH EXHIBITS A-E** with the date and hour of service endorsed thereon by me, to: **CELESTE GAMBOA** as **CO-RESIDENT** at the address of: **718 SAINT EDWARDS GREEN, HOUSTON, HARRIS COUNTY, TX 77015**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'10", Weight: 225, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**KELI BALTAZAR**
PSC 10757 EXP 2/28/2022

Subscribed and Sworn to before me on the 27th day of August, 2020 by the affiant who is personally known to me.

Our Job Serial Number: DNE-2020000777
Ref: 2330294

NOTARY PUBLIC



DONNIE DENKINS MORELAND, SR.
Notary Public, State of Texas
Comm. Expires 03-10-2023
Notary ID 126316149

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p