United States District Court
Southern District of Texas
**ENTERED**
October 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ2, <br><br>Plaintiff, <br><br>v. <br><br>LIONEL GARCIA ROMERO, <br><br>Defendant. | § § § § § § § § § § § § § § §    Civil Action No. 4:20-cv-2905 |

## ORDER CANCELLING INITIAL CONFERENCE HEARING

CAME ON TO BE CONSIDERED Plaintiff Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ2's Motion to Cancel Initial Conference Hearing. (ECF Doc. No. 5.) The motion is GRANTED and the initial conference hearing, set for November 4, 2020 is CANCELLED.

Signed on _Oct 28_, 2020, at Houston, Texas.

HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE